**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS SHAFER, individually and as next friend for N.S., A.S., I.S., minors,<br><br>                Plaintiffs,<br><br>vs.<br><br>CITY OF BOULDER CITY, *et al.*,<br><br>                Defendants. | Case No.: 2:10-cv-02228-MMD-GWF<br><br>**ORDER** |

      This matter is before the Court on Roger L. Harris's Motion to Withdraw as Counsel (#67) filed October 7, 2014. Roger L. Harris and the Law Office of Roger L. Harris seek to withdraw as counsel of record for Plaintiff Curtis Shafer. To date, no opposition has been filed to this motion and the time for opposition has now expired. Movant has substantially established good cause for the withdrawal. Accordingly,

      **IT IS HEREBY ORDERED** that Roger L. Harris's Motion to Withdraw as Counsel (#67) is **granted.**

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Curtis Shafer with a copy of this order at the plaintiff's last known address:

      Curtis Shafer
      1733 Red Mountain Drive
      Boulder City, Nevada 89005

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the joint pretrial order shall be filed by **November 28, 2014**. Should the parties fail to file the joint pretrial order, a status conference will be held on **December 5, 2014** at **9:30 a.m.** in Courtroom 3A.

DATED this 28th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge