**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS SHAFER, individually and as next friend for N.S., A.S., I.S., minors, | |
| Plaintiffs, | Case No.: 2:10-cv-02228-MMD-GWF |
| vs. | **REPORT AND RECOMMENDATION** |
| CITY OF BOULDER CITY, *et al.*, | |
| Defendants. | |

This matter is before the Court on the Court's Order to Show Cause (#70), issued December 5, 2014. The Plaintiff was ordered to show cause, in writing, why sanctions should not be imposed for failing to file the required joint pretrial order. To date, the Plaintiff has not responded to the order to show cause or filed the Joint Pretrial Order. Plaintiff's counsel has withdrawn from the case (#68). Plaintiff has not shown any indication of continuing this action. The Court has the inherent power to dismiss an action sua sponte for failure to prosecute. *See Link v. Wabash Railroad Co.*, 82 S.Ct 1386, 1389 (1962); Fed. R. Civ. P. 41(b). Accordingly,

**IT IS HEREBY RECOMMENDED** that the Plaintiff's complaint be **dismissed** with prejudice for failure to prosecute.

DATED this 5th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge